JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD L. M.,[1]<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LELAND DUDEK,[2] ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 5:24-cv-00272-PD<br><br>**JUDGMENT** |

　　Pursuant to the Court's Memorandum Opinion and Order,

　　IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is Reversed, and this matter is Remanded to the Social Security Administration on an open record for further proceedings consistent with the Court's Order.

DATED:  February 24, 2025

　　　　　　　　　　　　　　　　　　*Patricia Donahue*
　　　　　　　　　　　　　　　　　　Patricia Donahue
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Plaintiff's name is partially redacted in accordance with Fed. R. Civ. P. 5.2(c)(2)(B) and the recommendation of the United States Judicial Conference Committee on Court Administration and Case Management.

[2] Leland Dudek became the Acting Commissioner of Social Security on February 18, 2025, and under Fed. R. Civ. P. 25(d) is automatically substituted as Defendant in this suit. *See* 42 U.S.C. § 405(g).