UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| GERARD LAMAR MARTIN<br>　　Plaintiff,<br><br>　　　v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br>　　Defendant. | Case No. 5:24-cv-00272-PD<br><br>**ORDER GRANTING JOINT STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT PURSUANT TO 28 U.S.C. § 2412(d).** |

**ORDER**

Based upon the Joint Stipulation For the Award and Payment of Equal Access to Justice Act (EAJA) Fees, Costs, and Expenses, **IT IS ORDERED** that fees in the amount of $9,500.00 as authorized by 28 U.S.C. §§ 2412, 1920, be awarded subject to the terms of the Joint Stipulation.

**IT IS SO ORDERED.**

Dated: June 12, 2025

　　　　　　　　　　　　　　　　　*Patricia Donahue*
　　　　　　　　　　　　　　　　　PATRICIA DONAHUE
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE